[No. 24335-1-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MONROE KOSER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00493-5, Gordon Godfrey, J., entered January 25, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Hunt, JJ.

[No. 24416-1-II.    Division Two.    March 31, 2000.]

ROBERT BARRETT, ET AL., *Appellants*, v. YMCA OF TACOMA-PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-03897-2, Grant L. Anderson, J., entered February 19, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Hunt, JJ.

[No. 43798-4-I.    Division One.    April 3, 2000.]

THOMAS R. HAZELRIGG, IV, *Appellant*, v. NORTHWEST QUALITY PROPERTIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-02806-8, Jeffrey Michael Ramsdell, J., entered December 11, 1998. *Reversed* by unpublished opinion per Agid, C.J., concurred in by Becker and Cox, JJ.

[No. 42443-2-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JATINDER AHLUWALIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-08070-7, John M. Darrah, J., entered March 9, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Webster, JJ.